United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————————

No. 05-30704
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSIE E. SINEGAL,

Defendant-Appellant.

———————————
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:00-CR-60006
———————————

Before JONES, Chief Judge, and JOLLY and OWEN, Circuit Judges.

PER CURIAM:*

The district court revoked Josie E. Sinegal's probation and sentenced her to serve four years in prison. Sinegal appeals her sentence. She argues that her sentence is unreasonable because it exceeded the advisory guideline range, because her violations did not warrant such a harsh sentence, and because the district court failed to provide sufficient reasons for the sentence. She requests that this court vacate her sentence and remand the case for resentencing.

_____

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have yet to decide whether revocation sentences imposed following the release of <u>United States v. Booker</u>, 543 U.S. 220 (2005), should be reviewed under the reasonableness standard or the plainly unreasonable standard. <u>See</u> <u>United States v. Hinson</u>, 429 F.3d 114, 120 (5th Cir. 2005), <u>cert. denied</u>, 126 S. Ct. 1804 (2006). Nevertheless, resolution of this issue is not needed to dispose of this appeal because Sinegal has not shown that she should prevail under either standard. <u>See</u> <u>id.</u> Sinegal's sentence exceeded the recommended guidelines sentence but not the pertinent statutory maximum sentence. Further, a review of the record demonstrates that the district court considered the relevant sentencing factors. <u>See</u> <u>United States v. Smith</u>, 440 F.3d 704, 707 (5th Cir. 2006). Consequently, the sentence was neither unreasonable nor plainly unreasonable, and the judgment of the district court is AFFIRMED.